MARK G. TRATOS, ESQ.
Nevada Bar No. 1086
tratosm@gtlaw.com
SHAUNA L. NORTON, ESQ.
Nevada Bar No. 11320
nortons@gtlaw.com
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
rabeb@gtlaw.com
GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr.
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VLADIMIR KUSH, an individual; and KUSH FINE ARTS LAS VEGAS, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARIANA GRANDE-BUTERA, p/k/a ARIANA GRANDE, an individual; UNIVERSAL MUSIC GROUP RECORDINGS, INC., a/k/a UMG RECORDINGS, INC., a Delaware corporation; DAVE MEYERS, an individual; NATHAN SCHERRER, an individual; FREENJOY, INC. a California corporation;<br><br>Defendants. | Case No.: 2:19-cv-00186-GMN-VCF<br><br>**STIPULATION TO EXTEND TIME TO ANSWER**<br><br><br>**(FIRST REQUEST)** |

Plaintiffs VLADIMIR KUSH and KUSH FINE ARTS LAS VEGAS, INC., and Defendants ARIANA GRANDE-BUTERA, p/k/a ARIANA GRANDE; UNIVERSAL MUSIC GROUP RECORDINGS, INC. aka UMG RECORDINGS, INC., DAVE MEYERS; NATHAN SCHERRER; and FREENJOY, INC. ("Defendants"), by and through their respective counsel, hereby stipulate to extend the time for Defendants to answer to June 14, 2019. This brief extension will allow the

parties to discuss resolution of this matter. The parties represent this stipulation is made in good faith and not for the purposes of delay. The parties have not previously applied for any extensions of time.

IT IS SO STIPULATED.

Dated this 29th day of April, 2019.

| GREENBERG TRAURIG, LLP<br><br>/s/Mark G. Tratos<br>MARK G. TRATOS, ESQ.<br>SHAUNA L. NORTON, ESQ.<br>BETHANY L. RABE, ESQ.<br>10845 Griffith Peak Dr., Suite 600<br>Las Vegas, Nevada 89135<br>*Attorneys for Plaintiffs* | LAW OFFICES OF LINCOLN BANDLOW, P.C.<br><br>LINCOLN BANDLOW<br>1801 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>lincoln@bandlowlaw.com<br>*Attorney for Defendants* |

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 4-29-2019

Page 2

ACTIVE 42864074v1