MARK G. TRATOS, ESQ.
Nevada Bar No. 1086
tratosm@gtlaw.com
SHAUNA L. NORTON, ESQ.
Nevada Bar No. 11320
nortons@gtlaw.com
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
rabeb@gtlaw.com
GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr.
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VLADIMIR KUSH, an individual; and KUSH FINE ARTS LAS VEGAS, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARIANA GRANDE-BUTERA, p/k/a ARIANA GRANDE , an individual; UNIVERSAL MUSIC GROUP RECORDINGS, INC., a/k/a UMG RECORDINGS, INC., a Delaware corporation; DAVE MEYERS, an individual; NATHAN SCHERRER, an individual; FREENJOY, INC. a California corporation;<br><br>Defendants. | Case No.: 2:19-cv-00186-GMN-VCF<br><br>**STIPULATION TO EXTEND TIME TO ANSWER**<br><br>**(SECOND REQUEST)** |

Plaintiffs VLADIMIR KUSH and KUSH FINE ARTS LAS VEGAS, INC., and Defendants ARIANA GRANDE-BUTERA, p/k/a ARIANA GRANDE; UNIVERSAL MUSIC GROUP RECORDINGS, INC. aka UMG RECORDINGS, INC., DAVE MEYERS; NATHAN SCHERRER; and FREENJOY, INC. ("Defendants"), by and through their respective counsel, hereby stipulate to extend the time for Defendants to answer from June 14, 2019 to June 28, 2019. The parties have

been discussing resolution and this additional brief extension will allow the parties to continue to discuss resolution of this matter. The parties represent this stipulation is made in good faith and not for the purposes of delay. The parties have previously received one extension of time.

IT IS SO STIPULATED.

Dated this 14th day of June, 2019.

| GREENBERG TRAURIG, LLP | LAW OFFICES OF LINCOLN BANDLOW, P.C. |
|---|---|
| /s/Mark G. Tratos<br>MARK G. TRATOS, ESQ.<br>SHAUNA L. NORTON, ESQ.<br>BETHANY L. RABE, ESQ.<br>10845 Griffith Peak Dr., Suite 600<br>Las Vegas, Nevada 89135<br>*Attorneys for Plaintiffs* | LINCOLN BANDLOW<br>1801 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>lincoln@bandlowlaw.com<br>*Attorney for Defendants* |

**IT IS SO ORDERED**:

UNITED STATES MAGISTRATE JUDGE

DATED: 6-17-2019