MARK G. TRATOS, ESQ.
Nevada Bar No. 1086
tratosm@gtlaw.com
SHAUNA L. NORTON, ESQ.
Nevada Bar No. 11320
nortons@gtlaw.com
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
rabeb@gtlaw.com
GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr.
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Plaintiffs*

GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr. Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VLADIMIR KUSH, an individual; and KUSH FINE ARTS LAS VEGAS, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARIANA GRANDE-BUTERA, p/k/a ARIANA GRANDE , an individual; UNIVERSAL MUSIC GROUP RECORDINGS, INC., a/k/a UMG RECORDINGS, INC., a Delaware corporation; DAVE MEYERS, an individual; NATHAN SCHERRER, an individual; FREENJOY, INC. a California corporation;<br><br>Defendants. | Case No.: 2:19-cv-00186-GMN-VCF<br><br>**STIPULATION TO EXTEND TIME TO ANSWER**<br><br>**(THIRD REQUEST)** |

Plaintiffs VLADIMIR KUSH and KUSH FINE ARTS LAS VEGAS, INC., and Defendants ARIANA GRANDE-BUTERA, p/k/a ARIANA GRANDE; UNIVERSAL MUSIC GROUP RECORDINGS, INC. aka UMG RECORDINGS, INC., DAVE MEYERS; NATHAN SCHERRER; and FREENJOY, INC. ("Defendants"), by and through their respective counsel, hereby stipulate to extend the time for Defendants to answer from June 28, 2019 to July 12, 2019. The parties have

ACTIVE 44316857v1

reached an agreement to resolve this matter and need additional time to finalize the settlement. The parties represent this stipulation is made in good faith and not for the purposes of delay. The parties have previously requested two extensions of time.

IT IS SO STIPULATED.

Dated this 3rd day of July, 2019.

| GREENBERG TRAURIG, LLP | LAW OFFICES OF LINCOLN BANDLOW, P.C. |
|---|---|
| /s/Mark G. Tratos | /s/ Lincoln Bandlow |
| MARK G. TRATOS, ESQ. | LINCOLN BANDLOW |
| SHAUNA L. NORTON, ESQ. | 1801 Century Park East, Suite 2400 |
| BETHANY L. RABE, ESQ. | Los Angeles, CA 90067 |
| 10845 Griffith Peak Dr., Suite 600 | lincoln@bandlowlaw.com |
| Las Vegas, Nevada 89135 | *Attorney for Defendants* |
| *Attorneys for Plaintiffs* | |

**IT IS SO ORDERED**:

_____

UNITED STATES MAGISTRATE JUDGE

DATED: ____July 8, 2019_____

GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr. Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002